Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>REGINA CONTRERAS,<br>　　　　　　　Defendant. | Case No. 06-cr-00033 OWW<br><br>SUBSTITUTION OF ATTORNEY AND ORDER THEREON |

　　　Comes now attorney PATIENCE MILROD, and hereby requests that this Court substitute PATIENCE MILROD and THE LAW OFFICE OF PATIENCE MILROD, in place and instead of HARRY M. DRANDELL in the within matter.

　　　By their signatures to this pleading, the attorneys signify their respective agreement to and acceptance of this substitution, and request an order therefor.

Dated:  February 21, 2006　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ Patience Milrod
　　　　　　　　　　　　　　　　　　　　　　PATIENCE MILROD

*Substitution of Attorneys and Order*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*1*

PDF created with pdfFactory trial version www.pdffactory.com

1  Attorney HARRY M. DRANDELL agrees to the proposed substitution.

2  Dated: 2/25/06              /s/ Harry Drandell
                               HARRY M. DRANDELL
3                                  Attorney

4

5  Attorney PATIENCE MILROD accepts the proposed substitution for herself and for the

6  LAW OFFICE OF PATIENCE MILROD.

7  Dated:  February 21, 2006

8                                    /s/ Patience Milrod
                                       PATIENCE MILROD
9                                  Attorney

10

11

12                                ORDER

13     IT IS HEREBY ORDERED that attorney HARRY DRANDELL is relieved as attorney

14 of record for defendant REGINA CONTRERAS, and attorney PATIENCE MILROD is

15 hereby appointed to represent defendant REGINA CONTRERAS.

16
    Dated:   March 2, 2006
17

18
                                   _/s/ OLIVER W. WANGER_____
19                                 HON. OLIVER W. WANGER
                                   Judge of the Eastern District
20

21

22

23

*Substitution of Attorneys and Order*                                              2

PDF created with pdfFactory trial version www.pdffactory.com