Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for REGINA CONTRERAS

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINA CONTRERAS, *et al.,*  )<br>)<br>Defendants.  ) | Case No. 06-cr-00033 OWW<br><br>STIPULATION AND ORDER TO<br>CONTINUE MOTIONS SCHEDULE<br><br>Date:   April 10, 2006<br>Time:   9:00 a.m.<br>Court:  Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA SANTOS, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant REGINA CONTRERAS:

　　1.　To continue the due date for filing of defense motions, currently scheduled for March 13, 2006, to a new date of April 3, 2006;

　　2.　To continue the due date for the government's responses to motions currently scheduled for April 3, 2006, to a new date of April 24, 2006;

*Stipulation and [Proposed] Order to Continue Motions Schedule*　　　　　1

PDF created with pdfFactory trial version www.pdffactory.com

3. To continue the hearing date on motions currently set for April 10, 2006, to a new date of May 1, 2006.

4. To exclude time until May 1, 2006 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO STIPULATED.

Dated:  March 20, 2006:        /s/ Patience Milrod
                               PATIENCE MILROD
                               Attorney for defendant
                               REGINA CONTRERAS

Dated:  March 15, 2006:        /s/ Virna Santos
                               VIRNA SANTOS
                               Assistant U.S. Attorney

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for April 10, 2006, at 9:00 a.m., be continued to May 1, 2006 at 9:00 a.m.  Defense motions shall be filed no later than April 3, and the government's responses no later than April 24, 2006.  The April 10, 2006 hearing date and previously-set motions schedule is hereby vacated.

IT IS FURTHER ORDERED that time is excluded until May 1, 2006 for investigation, preparation and filing of motions, pursuant to 18 U.S.C. § 3161(h)(8)(A),

*Stipulation and [Proposed] Order to Continue Motions Schedule*                                2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | and through and until the date of decision on such motions pursuant to 18 U.S.C. |
| 2 | §3161(h)(1)(F) and (J). |
| 3 |     IT IS SO ORDERED. |
| 4 | Dated: March 16, 2006        /s/ OLIVER W. WANGER |
| 5 |                             HON. OLIVER W. WANGER<br>                            Judge of the Eastern District |

*Stipulation and [Proposed] Order to Continue Motions Schedule*      3

PDF created with pdfFactory trial version www.pdffactory.com