Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for REGINA CONTRERAS

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN
DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINA CONTRERAS, *et al.*, )<br>)<br>Defendants. ) | Case No. 06-cr-00033 OWW<br><br>STIPULATION AND ORDER TO<br>CONTINUE MOTIONS HEARING<br><br>Date:     June 26, 2006<br>Time:    9:00 a.m.<br>Court:   Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA SANTOS, Assistant United States Attorney for Plaintiff and PATIENCE MILROD, attorney for defendant REGINA CONTRERAS, to continue the motions hearing date in this matter currently set for June 12, 2006, to a new date of June 26, 2006.

    The parties request this continuance of the motions hearing, due to the fact that defense counsel now is informed that she must appear for oral argument at the Ninth

PDF created with pdfFactory trial version www.pdffactory.com

Circuit Court of appeals in *USA v. Alced Broussard, U.S.C.A. No. 05*-10496, on June 12, 2006.

IT IS SO STIPULATED.

Dated:  May 23, 2006:          /s/ Patience Milrod
                               PATIENCE MILROD
                               Attorney for defendant
                               REGINA CONTRERAS


Dated:  May 17, 2006           /s/ Virna Santos
                               VIRNA SANTOS
                               Assistant U.S. Attorney


## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that that the hearing presently set for June 12, 2006, at 9:00 a.m., be continued to June 26, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  May 18, 2006           /s/ OLIVER W. WANGER
                               _____
                               HON. OLIVER W. WANGER
                               Judge of the Eastern District

*Stipulation and [Proposed] Order to Continue Motions Hearing*                    2

PDF created with pdfFactory trial version www.pdffactory.com