DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CLAUDIA MATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLAUDIA MATA, Et al.,<br><br>    Defendants. | NO. 1:06-cr-00033 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON<br><br>Date:  October 31, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Virna L. Santos, counsel for plaintiff, and Assistant Federal Defender Francine Zepeda, counsel for defendant Claudia Mata, that **the status conference hearing in the above-captioned matter now set for October 17, 2006, may be continued to October 31, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to provide her additional time to negotiate the terms of the plea agreement.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the
2  interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
3  and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: October 12, 2006                         By:   /s/  Virna L. Santos
                                                             VIRNA L. SANTOS
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: October 12, 2006                         By:   /s/ Francine Zepeda
                                                              FRANCINE ZEPEDA
                                                              Assistant Federal Defender
                                                              Attorneys for Defendant
                                                              CLAUDIA MATA

**O R D E R**

**IT IS SO ORDERED.**  The status conference hearing as to defendants Oscar Vargas and Claudia Mata is hereby continued to August 21, 2006, at 9:00 A.M.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 13, 2006**                     /s/ Oliver W. Wanger
emm0d6                                            UNITED STATES DISTRICT JUDGE